No. 457. POLK *v.* UNITED STATES. Certiorari denied. *Albert Williams* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 466. PARFAIT POWDER PUFF CO., INC. *v.* UNITED STATES. Certiorari denied. *Joseph Rosenbaum* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Vincent A. Kleinfeld* for the United States.

No. 467. JUNGERSEN *v.* OSTBY & BARTON CO. ET AL. Certiorari denied. *Drury W. Cooper* for petitioner.

No. 471. GENERAL FINANCE LOAN CO. ET AL. *v.* GENERAL LOAN CO. Certiorari denied. *Mark D. Eagleton* and *Donald Gunn* for petitioners.

No. 484. JOHNSON ET AL. *v.* SELLERS ET AL. Certiorari denied. *J. O. Watson, Jr.* and *William B. Sloan* for petitioners. *Hayden C. Covington* for respondents.

